

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00433-CV

**IN THE INTEREST OF I.I.C.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23702
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we grant Appellee's motion to strike Appellant's amended brief. We prohibit Appellant from filing another brief, and we dismiss this appeal for want of prosecution. Appellant is indigent; no costs are taxed in this appeal.

SIGNED December 5, 2018.

_____
Patricia O. Alvarez, Justice